Prisoner's Civil Rights Complaint

District Court
Texarkana
Eastern Dist
Case Number

Plaintiff    Wendy Lea Hass #2428982
Woodman Unit, 1210 Coryell City Road
Gatesville, Texas 76528

Defendant #1. Officer Hernandez
Woodman Unit Intake Officer
1210 Coryell City Road, Gatesville, TX 76528

5:23 CV 2

**FILED**

Defendant #2. Woodman Intake Divison,
Texas Dept of Criminal Justice
Woodman Unit, 1210 Coryell City Road
Gatesville, Texas 76528

MAR 16 2023

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

Charge - Tampering with/Destroying Evidence in an Ong
Court case  Number 5:22-CV-00159-RWS-JB

I. Previous Lawsuits

A. Yes, I have an Open US District Court case, this case is in conjecture of my open case.

B.
1. Previous Complaint Filed  12-19-2022
2. Plaintiff    Wendy Lea Hass

  Defendant #1  Will Ramsey - Franklin County Distri
                                                Atto

  Defendant #2  Martin Bradley
                Attorney at Law

3. Court    US District Court
            Texarkana Eastern District

4. Civil Docket Case Number
   5:22-CV-00159-RWS-JBB

TDCJ Law Library

5. US District Judge Robert W Schroeder, III

6. Still Pending - this Complaint concerns evidence material reguarding/dealing with Previous Complaint.

II. Place of Confinement — Woodman Unit
1210 Coryell City Road
Gatesville Texas 76528

III. No, I have not as of 2-2-2023 exhausted all grievance procedures. This issue will have issues dealing with my Open Ongoing Civil Case # 5:22-CV-00159-RWS-JBB. I have included a copy of The Texas Dept of Criminal Justice Offender Grievance Form. *See pag

IV. Plantiff
A. Wendy Lea Hass
#2428982    1210 Coryell City Road
Gatesville Texas 76528

B.
Defendant #1    Officer Hernandez
Woodman Unit Intake Officer
1210 Coryell City Road Gatesville
76

On 1-24-2023 During Intake to the Woodman Unit, Officer Hernandez would not allow me to retain all of my current working legal document paperwork for the reason it was not stamped by the court but was instead listed instead as Active documents on my Civil Court Docket Sheet. As a result of his Actions the 47 mis legal documents and 2 witness statements that had not yet been submitted to the court for filing because of my pending transfere to TDCJ, the paperwork and 2 witn

IV cont: statements have been lost/destroyed. The Woodman Unit Property Room NEVER recieved an Mail Out Intake Package containing the legal paperwork that is missing. Those lost/destroyed Statements can NOT be Replaced.

Defendant #2    Woodman Intake Divison Staff
                Texas Dept of Criminal Justice
                Woodman Unit 1210 Coryell City Ro...
                Gatesville Texas 76528

During my Intake to Woodman Unit I spoke to several seni... officers in dealing with Inmate Intake Admin. During a... interview with Sgt Mouse/Ms Boviee I mentioned to them the issue of the handling of my legal documents that I wa... denied. Both Officers advised me to file I-60/Inmate Request to Offical for Property Room Officer. Sgt Mouse/Ms Boviee were very helpful they provided me with the form needed and advised me as to what the outcome could ... I was advised that the 47 legal documents/2 witness statements would be sent over to the Property Room and The Officer there would call me to go through them for a later decision. I was asked NOT to file a Grievance on 1-24-2023 concerning Officer Hernandez, but to follow throught other channels at Woodman Unit. I filed 2 I-60's to Woodman property Room before the Officer called me over. My Intake Property Bag NEVER was recieved by the Property Room Officer, I was lost/destroyed by Woodman Unit Intake Staff. I no longer have acess to the 2 hand written witness statemens/47 hand written legal documents. They can not be replaced. There was countless hours spent working ...

TDCJ Law Library

Prisoner's Civil Rights Complaint

IV cont: those 47 legal documents. I followed Woodman Unit and Texas Dept of Criminal Justice Rules and Regulation now I have been denied any access to the documents and evidence that I had been prepairing to be offered before the court in an ongoing legal case.

V. Statement of Claim #1 - Please see attached Copy of Witness Statement #1 and Texas Dept of Criminal Justice Offender Grievance Form - It details the entire event and everything that occured with the complaint being filed.

VI. Relief - I am requesting Full Reimbursement Compensation as described on The Texas Dept of Criminal Justice Inmate Inventory Form, at a rate of $50 per item or $500 total. There were 47 legal documents and 2 witness statements that have been lost or have been destroyed by the Woodman Intake Department. The 47 documents took countless hours to prepare for court and the 2 witness statements can NOT be replaced. The 2 witness statements could of effeceted the outcoming verdict/judgement concerning United States District Court case # 5:22-CV-00159-RWS-JBB.

I am also requesting displinary action to be taken against Officer Hernandez at Woodman Intake Department concerning his "Conduct unbecoming an officer of the state" and the issue of "Tampering with/Destroying Evidence in an ongoing court case".

Hopefully this incident will not be repeated with another inmate.

TDCJ Law Library

# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: **Wendy Lea Hass**   TDCJ # **2428982**
Unit: **Woodman**   Housing Assignment: **J5-24**
Unit where incident occurred: **Woodman Unit Intake**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **Sgt Mouse / Boviee / Property Rm Officer**   When? **2-2-2023 and 1-24-2023**
What was their response? **File a I-60, let Property Rm handle Legal Mail Issue**
What action was taken? **Property Rm has no Record of my Case File from Intake / destroyed or los**

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 1-24-2023 during my intake into Woodman Unit from Franklin Co Jail. Office Hernandez was my Intake Officer, he had a very bad attitude with me while sorting m large amount of legal papers. I have an ongoing open US District Court Case a those 49 legal papers / 2 witness statemens included, I was working on at the ti of my transfere, had not been stamped but were instead listed on my activ Court Docket Sheet. I was NOT allowed to show my Docket Sheet to Offic Hernandez. He refused to look at it. Officer Hernandez informed me I coul destory / Mail Out the 49 pages of legal work. In those 49 items there was 2 w ness handwritten statements I recieved while in Franklin Co Jail through the Mail. These 2 witness statements concerned my innocence and could of effect the outcome of my Current US District Court Case. When I was called to the Property Rm on 2-2-2023 I was informed by the Property Officer she Never recieved any Intake Mail Out Property for me. My Copy of "The Offender Intake Inventory Sheet" that details 49 Mis Legal Papers / 5 pencils to be mailed out from Property Room. As of 2-2-2023 my property was never recieved in Property Room. Property Rm Officer informed me she has searched Intake and Property Rm Twice - My Intake Property bag can NOT be located. Property R Officer believed that it could of been destroyed on 1-24-2023 instead o being sent to the Property Room. According to TDCJ Intake Inventory For "I also understand that in the event of loss / damage determined to be the responsibility of TDCJ - Reimbursement will generally be paid at a rate of $50 Item or $500 total. The 2 witness statements that were destroyed can NO be replaced or gotten again from those witnesses a 2nd time. There is NO Way to replace those statements or the other legal papers that I had spen

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

...urs upon hours of case work on, as I am representing myself in court. That legal paperwork in my judgement was priceless. I am requesting the full $500 reimbursement compensation for the 49 legal pages of court paperwork and 2 witness statements that Officer Hernandez/Woodman Intake has lost or destroyed. I was advised by Property Room 2-2-2023 to file this grievance. I also spoke to Unit Lieutant during Lunch Movement about this matter/also to make Admin aware that I will also be submitting a Prisoners Civil Rights Complaint on Officer Hernandez/Woodman Unit Intake re: Tampering with/Destroying Evidence in an Ongoing United States District Court Case # 5:22-cv-00159-RWS-JBB.

**Action Requested to resolve your Complaint.**
I am requesting reimbursement Compensation for the 49 Legal pages that was destroyed. I am requesting displinary action taken with reguards to Officer Hernandez.

**Offender Signature:** Wendy Lea Hass / Wendy ReadHass    **Date:** 2-3-2023

**Grievance Response:**



**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [x] 11. Inappropriate. *

**UGI Printed Name/Signature:** Vicki Cundiff

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**
Initial Submission    UGI Initials: VC
Grievance #: 2023 064 547
Screening Criteria Used: #11 (599)
Date Recd from Offender: 2-6-23
Date Returned to Offender: Feb 06 2023

2nd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission    UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix

Prisoners Civil Rights Complaint Statement of Claim #1
Witness Statement
Page 6 #1

## VOLUNTARY STATEMENT

(Please Print)

Last: Villa  
First: Alexandra  
M.:

Address: Woodman Unit  
City: Gatesville  
State: TX  
Zip Code: 76528

TDCJ # 2429092

~~Phone~~ Number: _____

I, the undersigned, **Alexandra Villa**, do hereby make the following statement to **United States district Court**, he having first identified himself as a _____, knowing that I may have an attorney in my behalf present and that I do not have to make any statement nor incriminate myself in any manner. I make this statement voluntarily, of my own free will, knowing that such statement could later be used against me in any court of law, and I declare that this statement is made without any threat, coercion, offer of benefit, favor or offer of favor, leniency or offer of leniency by any person or persons whomsoever.

I Alexandra Villa was being intaked at the same time as Wendy Hass and saw her being ~~[scratched out]~~ harassed by Officer Hernadez he threw away her paper work and was very rude.

I have read this statement consisting of **1** page(s) and the facts contained therein are true and correct.

Signature of Person giving voluntary statement: _____  
Date: February 3, 2023

PLACE: Woodman  
TIME: 1:00 pm  
WITNESSES: Dan Notfiles 2-3-  
Xaimaulets VA 2/3/23

HQ 1197 (Rev 6/02)

**VOLUNTARY STATEMENT CONTINUATION**

Date _____ Page No _____

Statement Of: _____

Prisoner Civil Rights Complaint

## VII. General Background Info

A.
Wendy Lea Applewhite
Wendy Lea Applewhite Hass

Wendy Lea Hass

B. FBI # 354121FB6
SID # TX17216629
TDCJ # 2428982

## VIII. Sanctions

A. No - I have not been sanctioned by any court as a result of any lawsuit filed.
B. ☒ NA
C. No - NO, court has never warned/notified me that sanctions could be imposed.
D. ☒ NA

Executed on 2-5-2023

Wendy Lea Hass
Wendy Lea Hass

Prisoner's Civil Rights Complaint    Page 8

## Plaintiff's Declarations

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released/transferred it is my responsibility to keep the court informed of my current mailing address & failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all admin remedies prior to filing this lawsuit.

4. I understand I am prohabited from bringing an In forma pauperis lawsuit if I have brought 3 or more civil actions/appeals in a court of the United States while incarcerated/detained in any facuilty, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state claim upon which relief may be granted unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee/costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian untill the filing fee is paid.

Signed this 5th day of Feburary, 2023.

Wendy Lea Hass    WendyLeaHass

TDCJ Law Library

Statement of Claim #2       Added Statement
                            2-8-2023
My Step 1 Grievance         Page 9
was returned to me on
2-8-2023. It was marked as
Inappropriate, although on the TDCJ Instructions
on How to Write and Submitt Grievances Form that was
returned with my Grievance Step 1, #5 on that
for there is Appropriate Reason for My Grievan[ce]

On 2-8-2023 I have also submitted an I60 Inmate
Request to Property Room Officer for a Hand written
Statement concerning the property Room not recie[ving]
my intake property. Will add statement of Claim #[?]
when I recieve word from property Room.
— Also have submitted I60 Inmate Request to be
made appointment with Sgt Mouse with who was
the Commanding Officer at the time of this
incident.       Wendy Hass 2-8-2023

I have waited untill        Added Statement
3-6-2023 to submit          3-6-2023
this Prisoner's Civil Rights Complaint to the court o[n]
the grounds I have been waiting to see what the
Woodman Unit or how it would Resolve the
Grievance that was filed. It has been over the 4
day policy stated by their Grievance procedure,
So I am now making this complaint
before the court.
Wendy Hass, Wendy Hass 3-6-2023

TDCJ Law Library [stamp]

*Statement of Claim #2 Continued on Back*
*Added Form #2*
*Page 10*
*2-8-2023*

## Texas Department of Criminal Justice
### INSTRUCTIONS ON HOW TO WRITE AND SUBMIT GRIEVANCES

1. *Grievance forms are available from the law library, housing area, shift supervisors, or by contacting the unit grievance office.* After completely filling out the form, place it in the grievance box yourself or hand it directly to the grievance investigator on your unit. *Step 2 appeals must be accompanied by the original, answered Step 1.*

2. An attempt to informally resolve your problem must be made before filing a grievance. *Informal resolution* is defined as any attempt to solve the issue at hand and must be noted on the Step 1 grievance form (I-127). You have 15 days from the date of the alleged incident or occurrence of the issue presented in which to complete the Step 1 grievance form and forward it to the unit grievance investigator (UGI). The Step 1 process may take up to 40 days from the date the unit grievance office receives the Step 1 form to respond. Disciplinary appeals are required to be completed within 30-days. If you are not satisfied with the Step 1 response, you may appeal the Step 1 decision by filing a Step 2 (I-128). You have 15 days from the date returned to offender on the Step 1 to submit the Step 2 to the grievance investigator on the unit. The Step 2 process may take up to 40 days to provide you a written response or 45 days for medical grievances. *Present only one issue per grievance.*

3. *Additional time* may be required in order to conduct an investigation at either Step 1 or Step 2 and in either case; you will be *notified of the extension in writing.*

4. *Complete your grievance using a typewriter or dark ink. If you need assistance filing a grievance or understanding a response, contact your unit grievance investigator.*

5. *The following issues are grievable through the Offender Grievance Procedure.* Remember that you may only file a grievance on issues that PERSONALLY APPLY TO YOU unless you are reporting a sexual assault, sexual abuse, or sexual contact on behalf of another offender.
   * The interpretation or application of TDCJ policies, rules, regulations, and procedures.
   * The actions of an employee or another offender, including denial of access to the grievance procedure.
   * Any reprisal against you for the good faith use of the grievance procedure or Access to Courts;
   
   * The loss or damage of authorized offender property possessed by persons in the physical custody of the Agency, for which the Agency or its employees, through negligence, are the proximate cause of any damage or loss.
   * Matters relating to conditions of care or supervision within the authority of the TDCJ, for which a remedy is available.

6. *You may not grieve*:
   * State or federal court decisions, laws and/or regulations;
   * Parole decisions;
   * Time-served credit disputes which should be directed to the Classification and Records, Time Section;
   * Matters for which other appeal mechanisms exist;
   * Any matter beyond the control of the agency to correct.

7. *Established criteria that may be applied to regular grievances, to ensure that the offender has used the grievance program responsibly*; however, most grievances may be corrected and resubmitted within 15 days from the signature date on the returned grievance.
   * Grievable time period has expired. (Step 1 grievances must be submitted within 15 days from the date of incident and Step 2 Appeals must be submitted within 15 days from the date returned to offender on the Step 1.)
   * Submission in excess of 1 every 7 days. (All grievances received in the grievance office will be reviewed; however, only one grievance will be processed every Seven days [with the exception of disciplinary appeals, medical grievances, and emergency grievances].)
   * Originals not submitted. (Carbon copies are not considered originals even if they have an original signature. The original answered Step 1 must be submitted with a Step 2 Appeal.)
   * Inappropriate/excessive attachments. (Your grievance must be stated on one form and in the space provided. Attach only official documents that support your claim, such as I-60's, sick call requests, property papers, and other similar items)
   * No documented attempt at informal resolution. (You are required to attempt to resolve issues with a staff member prior to filing a grievance. Remember, the attempt must be documented in the space provided on the I-127 form.)
   * No requested relief is stated. (The specific action required to resolve the complaint must be clearly stated in the space provided.)
   * Malicious use of vulgar, indecent, or physically threatening language directed at an individual.
   * The issue presented is not grievable. (Refer to #6 above.) **Disciplinary appeals will not be processed until after the disciplinary hearing.**
   * Redundant. (You may not repeatedly grieve matters already addressed in a previous grievance)
   * The text is illegible/incomprehensible. (Write your grievance so that it can be read and understood by anyone.)
   * Inappropriate. (You may not ask for monetary damages or any form of disciplinary action against staff.)

*Do not use a grievance form to comment on the effectiveness and credibility of the grievance procedure; instead, submit a letter or I-60 to the administrator of the Offender Grievance Program.*

FEB 0 6 2023

Offender Grievance Operations Manual
Appendix B
Revised July 2016

2-8-2023

This form was returned with my grievance step 1 that was marked as Inappropriate. There is No stated reason as being Inappropriate. There is Appropriate Reason listed under #5 on front of this form.

#1 QUESTION:

On our TDCJ Intake Inventory Form, it states "I also understand that in the event of loss or damage determined to be the responsibility of TDCJ - Reimbursement will generally be paid at a rate of $50 per item or $500 total."

If this above statement is on your TDCJ Intake Inventory Form, why is it not allowed to be on a grievance filed?

---

Your previous grievance submitted was screened #11 as you requested "Disciplinary Action" to be taken against Intake officer Hernandez. The request for Compensation of $500.00 was overlooked. However it states that on the Inventory Form, it is determined by Staff the rate in which you could or would be possibly reimbursed.

Vick. Cindiff
UGI II   FEB 1 3 2023

---

Wendy Lea Hass    #2428982
                  J-5-24

★ Request: If possible would like a copy of Property Room officers statement concerning my grievance, for my records please.

This is not allowed.

Journaling   2-15-2023              MH Dept.   Page 11

★ Statement of Claim ##3         added form #3

Statement of Claim #4)

Added Handwritten Document #4        page 12

Prisoners Civil Rights Complaint

Yes, as of 2-28-2023 I have exhausted all grievance procedures. I have requested, and submitted 3 different I-60 Inmate Request to Official Forms to Jail Admin and have not as of 2-28-2023 even recieved any reply to my repeated requests.

3-6-2023

As of 3-6-2023 I have sent in to Woodman Unit Adminstration to more requests as to the status of Grievance Presubmitted on 2-13-20 Still No word.

Wendy Hass 3-6-2023
Wendy Hass

TDCJ Law Library